UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2020

SEAN F. McAVOY, CLERK

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −235)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 3,043 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 28, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date: 9/28/2020

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                               MDL No. 2741

### SCHEDULE CTO−235 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 20−00719 | Garner v. Monsanto Company |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 20−08381 | Livier Chavez et al v. Monsanto Company et al |
| **HAWAII** | | | |
| HI | 1 | 20−00380 | Witsell v. Monsanto Company |
| **ILLINOIS NORTHERN** | | | |
| ILN | 3 | 20−50312 | Zitzke v. Monsanto Company |
| **KANSAS** | | | |
| KS | 2 | 20−02451 | Schoenberg v. Monsanto Company et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 20−11859 | Hann v. Monsanto CO |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 20−00418 | DeRobbio v. Monsanto Company |
| MOE | 4 | 20−00760 | Tovar et al v. Monsanto Company |
| MOE | 4 | 20−01217 | Estate of Alan Field et al v. Monsanto Company |
| **MONTANA** | | | |
| MT | 2 | 20−00045 | Guiberson v. Monsanto Company |
| **NEW JERSEY** | | | |
| NJ | 3 | 20−05954 | REGAN et al v. MONSANTO COMPANY et al |

WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 2 | 20−00267 | Lindeblad v. Monsanto Company |